34660006017

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

FILED

2011 MAY 27  AM 10: 17

CLEAK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MARTHA VASSALLE, et al., | ) | |
| | ) | CASE NO.: 3:11-cv-0096 |
| Plaintiff, | ) | |
| | ) | HON. DAVID A. KATZ |
| vs. | ) | |
| | ) | **And Related Cases:** |
| MIDLAND FUNDING LLC, et al., | ) | Case No. 3:10-cv-0091 |
| | ) | |
| Defendant. | ) | **MOTION OF THE** |
| | ) | **STATE OF NEW YORK** |
| | ) | **FOR ADMISSION** |
| | ) | **PRO HAC VICE OF** |
| | ) | **CAROLYN FAST** |
| | ) | |

Now comes the State of New York, by and through undersigned counsel, pursuant to Local Rule 83.5(h) of United States District Court for the Northern District of Ohio, and hereby respectfully moves this Court for the admission, *pro hac vice*, of Carolyn Fast, Assistant Attorney General for the State of New York to appear and participate in this matter as counsel for the State of New York. The address for the Office of the Attorney General for the State of New York is 120 Broadway, New York, New York, 10271; Telephone: (212) 416-6250; Fax: (212) 416-6003.

The State of New York wishes to appear for the sole and limited purpose of submitting an *amicus curiae* brief in this action. The State does not seek to be made a party to the above-captioned case, nor does it intend to confer jurisdiction on the Court or otherwise waive any of the sovereign immunity protections afforded to the State under the Eleventh Amendment to the United States Constitution.

An affidavit of Carolyn Fast in support of admission *pro hac vice* is attached hereto and incorporated by reference.  A proposed Order is also submitted herewith for the Court's approval and signature.

Dated:   May 26, 2011

Respectfully submitted,


ERIC T. SCHNEIDERMAN
Attorney General
State of New York


Carolyn Fast
Carolyn Fast
Assistant Attorney General
Atty. Reg. No. 4095535
120 Broadway
New York, New York 10271
(212) 416-6250
Email: Carolyn.Fast@ag.ny.gov

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| MARTHA VASSALLE, et al., | ) | |
| | ) | CASE NO.: 3:11-cv-0096 |
| Plaintiff, | ) | |
| | ) | HON. DAVID A. KATZ |
| vs. | ) | |
| | ) | **And Related Cases:** |
| MIDLAND FUNDING LLC, et al., | ) | Case No. 3:10-cv-0091 |
| | ) | |
| Defendant. | ) | AFFIDAVIT OF SERVICE |
| | ) | BY U.S. MAIL |

STATE OF NEW YORK    )
                   ) ss.
COUNTY OF NEW YORK   )

CAROLYN FAST, being first duly sworn, deposes and says:

That at the City of New York, County of New York and State of New York, on May 26, 2011, she caused to be served the attached documents:

Motion of the State of New York for Admission *Pro Hac Vice* of Carolyn Fast;
Affidavit of Carolyn Fast in Support of Motion for Admission *Pro Hac Vice*; and
Proposed Order for Admission *Pro Hac Vice*,

by depositing the same in the United States mail at said city and state, true and correct copies thereof, properly enveloped with prepaid first class postage, and addressed to:

| | |
|---|---|
| Brian C. Block<br>Melissa A. Hager<br>Javitch, Block & Rathbone - Cleveland<br>19th Floor<br>1100 Superior Avenue<br>Cleveland, OH 44114 | Theodore W. Seitz<br>Dykema Gossett<br>Ste. 900<br>201 Townsend Street<br>Lansing, MI 48933 |

| Dennis E. Murray, Sr. | Leonard A. Bennett |
|---|---|
| Donna Jean A. Evans | Consumer Litigation Associates |
| Murray & Murray | Ste. 100 |
| 111 East Shoreline Drive | 12515 Warwick Blvd. |
| Sandusky, OH 44870 | Newport News, VA 23606 |
| Matthew J. Erausquin | Reginald S. Jackson , Jr. |
| Consumer Litigation Associates | Connelly, Jackson & Collier |
| Ste. 600 | Ste. 2300 |
| 1800 Diagonal Road | 405 Madison Avenue |
| Alexandria, VA 22314 | Toledo, OH 43604 |

MARY ALESTRA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02AL6075982
Qualified in Richmond County
Commission Expires ~~June 17, 2010~~
July 23, 2014

CAROLYN FAST

Subscribed and sworn to before me on
May 26, 2011

NOTARY PUBLIC