## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| MARTHA VASSALLE, et al., | ) | CASE NO.: 3:11-cv-0096 |
| | ) | |
| Plaintiff, | ) | HON. DAVID A. KATZ |
| | ) | |
| vs. | ) | **And Related Cases:** |
| | ) | Case No. 3:10-cv-0091 |
| MIDLAND FUNDING LLC, et al., | ) | |
| | ) | |
| Defendant. | ) | **AFFIDAVIT OF** |
| | ) | **CAROLYN FAST IN** |
| | ) | **SUPPORT OF MOTION** |
| | ) | **FOR ADMISSION** |
| | ) | ***PRO HAC VICE*** |
| | ) | |

Carolyn Fast, being duly sworn, deposes and says:

1.      I am an attorney licensed to practice law in and living in the State of New York.

2.      I am an Assistant Attorney General for the State of New York, 120 Broadway, New York, New York, 10271; Telephone: (212) 416-6250; Fax: (212) 416-6003; Email: Carolyn.Fast@ag.ny.gov.

3.      I am and have been a member of good standing of the bar of the New York State Appellate Division, Second Department, and the United States District Court for the Southern and Eastern Districts of New York.

4.      The highest state court to which I have been admitted is the New York State Appellate Division, Second Department.  I was admitted to that court on January 8, 2003. My state court bar registration number is 4095535.

5.     I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States nor have I ever received any reprimand from any such court, department, bureau or commission.

5.     I will abide by the rules of this court and all Ohio disciplinary rules.

Dated: May 26, 2011                                  Respectfully submitted,

*Carolyn Fast*

CAROLYN FAST
Assistant Attorney General
Atty. Reg. No. 4095535
120 Broadway
New York, New York 10271
(212) 416-6250
Email: Carolyn.Fast@ag.ny.gov

**MARY ALESTRA**
**NOTARY PUBLIC, STATE OF NEW YORK**
**NO. 02AL6075982**
**Qualified in Richmond County**
**Commission Expires June 17, 2010**
JULY 23, 2014

Sworn to before me
this 26th day of May 2011

*mary alestra*
NOTARY PUBLIC