# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MARTHA VASSALLE, et al., ) | |
| ) | CASE NO.: 3:11-cv-0096 |
| Plaintiff, ) | |
| ) | HON. DAVID A. KATZ |
| vs. ) | |
| ) | **And Related Cases:** |
| MIDLAND FUNDING LLC, et al., ) | Case No. 3:10-cv-0091 |
| ) | |
| Defendant. ) | ORDER FOR ADMISSION *PRO HAC* |
| ) | *VICE* FOR CAROLYN FAST |

This matter came before the Court on the Motion of the State of New York for Admission *Pro Hac Vice* of Carolyn Fast. After careful consideration and for good cause shown, the Court finds the motion well taken and the same is hereby granted.

IT IS ORDERED THAT the State of New York's motion to admit Carolyn Fast *pro hac vice* be, and hereby is, granted.

SO ORDERED.

_____
JUDGE DAVID A. KATZ