IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARTHA VASSALLE,

and

JEROME JOHNSON

       Plaintiffs,

-vs-

MIDLAND FUNDING, LLC,

and

MIDLAND CREDIT MANAGEMENT, INC.

and

ENCORE CAPITAL GROUP, INC.

       Defendants.

Case No. 3:11-CV-0096

Honorable David M. Katz

**And Related Cases:**
Case No. 3:08-cv- 01434
Case No. 3:10 -cv-0091

## ATTORNEY APPEARANCE

Randall C. Dixon enters his appearance on behalf of Objector and Intervenor Elaine Pelzer in this case and requests service of all pleadings and documents in this case.

Respectfully Submitted,

By: s/Randall C. Dixon
Randall C. Dixon (0001130)
DIXON & HAYES, LTD.
Attorney For Elaine Pelzer
3361 Executive Parkway, Ste. 100
Toledo, OH 43606
RandyDixon@DixonHayes.com
PHONE: (419) 536-8600
FACSIMILE (419) 534-5934

## Certification

This is to certify that this document has been electronically filed with the Court on June 1, 2011. Notice of filing will be sent to the parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

By: s/Randall C. Dixon
Randall C. Dixon (0001130)
DIXON & HAYES, LTD.
Attorney For Elaine Pelzer