\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Martha Vassalle, et al., | : | Case No. 3:11CV0096 |
| Plaintiffs, | : | **And Related Cases:** <br> Case No. 3:08CV1434 |
| vs. | : | Case No. 3:10CV0091 |
| Midland Funding, LLC, et al., | : | **MOTION FOR EXTENSION OF TIME TO FILE OBJECTION** |
| Defendants. | : | |
| | : | HON. DAVID A. KATZ |
| | : | |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Interested Party Kelli Gray respectfully moves the Court for a 2-day extension of time, up to and including June 3, 2011, within which to file her objection to the proposed class settlement in the instant action. Counsel for Ms. Gray contacted chambers this morning (June 1, 2011) and received oral approval for such an extension due to an unexpected illness afflicting her primary counsel, Michael D. Kinkley.

This request is not made for purposes of delay, and such a brief extension will not unduly prejudice the parties or the Court.  Accordingly, Ms. Gray respectfully requests a 2-day extension of time, up to and including June 3, 2011, within which to file her objection

Respectfully submitted,

By  /s/ Adam S. Nightingale
  Reginald S. Jackson, Jr. (0003558)
  E-Mail: rjackson@cjc-law.com
  Adam S. Nightingale (0079095)
  E-Mail: anightingale@cjc-law.com
  CONNELLY, JACKSON & COLLIER LLP
  405 Madison Avenue, Suite 1600
  Toledo, Ohio 43604
  Telephone:  (419) 243-2100
  Facsimile:   (419) 243-7119

  and

  Michael D. Kinkley (admitted *pro hac vice*)
  E-Mail: mkinkley@qwestoffice.net
  Scott M. Kinkley (admited *pro hac vice*)
  E-Mail: skinkley@qwestoffice.net
  MICHAEL D. KINKLEY, P.S.
  4407 N. Division Suite 914
  Spokane, WA 99207
  Telephone: (509) 484-5611
  Facsimile: (509) 484-5972

  *Counsel for Kelli Gray*

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been filed electronically this 1st day of June, 2011.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By  /s/ Adam S. Nightingale
*Counsel for Kelli Gray*