Edited by Foxit Reader
Copyright(C) by Foxit Software Company,2005-2007
For Evaluation Only.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARTHA VASSALLE,

and

JEROME JOHNSON

      Plaintiffs,

-vs-

MIDLAND FUNDING, LLC,

and

MIDLAND CREDIT MANAGEMENT, INC.

and

ENCORE CAPITAL GROUP, INC.

      Defendants.

Case No. 3:11-cv-0096

Honorable David M. Katz

**And Related Cases:**
Case No. 3:08-cv- 01434
Case No. 3:10 -cv-0091

## MOTION TO ADMIT IAN B. LYNGKLIP *PRO HAC VICE*

      Randall C. Dixon, counsel of record for Intervenor and Objector Elaine Pelzer, respectfully moves this Court for admission *pro hac vice* of Ian B. Lyngklip

      Ian B. Lyngklip was admitted to the Michigan State Bar in 1992 and remains in good standing (Affidavit attached as Exhibit A).  His Michigan bar/registration number is P47173.  Mr. Lyngklip is an attorney with Lyngklip & Associates Consumer Law Center, PLC, 24500 Northwestern Highway, Ste. 206, Southfield, MI 48075, (248) 208-8864 (telephone); (248) 208-9073 (facsimile);IanLyngklip@att.net(email).

A copy of the Affidavit of Mr. Lyngklip is attached as Exhibit A.

WHEREFORE, the undersigned respectfully requests that this Court admit Ian B. Lyngklip *pro hoc vice* for purposes of representing Intervenor Elaine Pelzer in the above-captioned lawsuit.

        Respectfully Submitted,

        By: s/Randall C. Dixon
        Randall C. Dixon (0001130)
        DIXON & HAYES, LTD
        Attorney For Elaine Pelzer
        3361 Executive Parkway, Ste. 100
        Toledo, OH 43606
        RandyDixon@DixonHayes.com
        PHONE: (419) 536-8600
        FACSIMILE (419) 534-5934

## Certification

This is to certify that this document has been electronically filed with the Court on June 1, 2011. Notice of filing will be sent to the parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

        By: s/Randall C. Dixon
        Randall C. Dixon (0001130)
        DIXON & HAYES LTD.
        Attorney For Elaine Pelzer