*146600152 6/00⁰⁰

**FILED**

MAY 3 1 2011

at _____ o'clock _____ M
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

-------------------------------------------------------------------- )
　　　　　　　　　　　　　　　　　　　　　　　　　　　　）
Martha Vassalle, et al.,　　　　　　　　　　　　　　　）　　Case No. 3:11-cv-0096
　　　　　　　　　　　　　　　　　　　　　　　　　　　　）
　　　　　　Plaintiff,　　　　　　　　　　　　　　　　　）　　HON. DAVID A. KATZ
　　　　　　　　　　　　　　　　　　　　　　　　　　　　）
　　　　　　　-against-　　　　　　　　　　　　　　　　）　　**MOTION TO ADMIT**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　）　　**COUNCIL PRO HAC**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　）　　**VICE**
Midland Credit Management, Inc., et. al.,　　　　　　）
　　　　　　　　　　　　　　　　　　　　　　　　　　　　）
　　　　　　Defendants.　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　　　　　　　　）
-------------------------------------------------------------------- )

PURSUANT TO RULE 83.5 of the Local Rules of the United States District Court for

the Northern District of Ohio, and upon the enclosed proof of good standing and payment

of the enclosed $100.00 pro hac vice admission fee, I, Anamaria Segura, a member in

good standing of the bar of the United States District Court for the Southern District of

New York, hereby move for an Order allowing my admission pro hac vice to this Court

and participation in the above-captioned action. I affirm that I have never been disbarred

or suspended from practice before any court, department, bureau or commission of any

State or the United States, nor have I ever received any reprimand from any such court,

department, bureau or commission pertaining to conduct or fitness as a member of the

bar.

Dated: New York, New York
　　　　May 26, 2011

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　Anamaria Segura (AS4847)
　　　　　　　　　　　　　　Of Counsel to
　　　　　　　　　　　　　　Christopher D. Lamb, Esq.
　　　　　　　　　　　　　　MFY LEGAL SERVICES, INC.

299 Broadway, 4th Floor
New York, New York 10007
Tel: (212) 417-3707
Fax: (212) 417-3891
asegura@mfy.org