34660006049

FILED
2011 JUN -3 AM 10: 28
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARTHA VASSALE, et al., | ) |
| | ) CASE NO.: 3:11-cv-0096 |
| Plaintiff, | ) |
| | ) HON. DAVID A. KATZ |
| v. | ) |
| | ) **And Related Cases:** |
| MIDLAND FUNDING LLC, et al., | ) Case No. 3:10-cv-0091 |
| | ) |
| Defendant. | ) |
| | ) |
| | ) **MOTION OF THE** |
| | ) **STATE OF WEST VIRGINIA** |
| | ) **FOR ADMISSION *PRO HAC VICE*** |
| | ) **OF ANTHONY J. MAJESTRO** |

The State of West Virginia *ex rel.* Darrell V. McGraw, Jr., Attorney General ("West Virginia"), by and through the undersigned counsel, pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, and hereby respectfully moves this Court for the admission, *pro hac vice*, of Anthony J. Majestro, Special Assistant Attorney General for the State of West Virginia to appear and participate in this matter as counsel for West Virginia. The address for the Office of the Attorney General for the State of West Virginia is State Capitol Complex, Building 1, Room E-26, Charleston, West Virginia 25305; Telephone: 304-558-2021; Fax: 304-558-0140. Mr. Majestro's address is Powell & Majestro, PLLC, 405 Capitol Street, Suite P1200, Charleston, West Virginia 25301; Telephone: 304-346-2889; Fax: 304-346-2895; Email: amajestro@powellmajestro.com.

West Virginia wishes to appear specially for the limited purpose of opposing the inclusion of a final anti-suit injunction baring claims it may bring against parties to be released in the settlement pending before the Court. West Virginia denies that this Court has personal jurisdiction over it. By this special appearance, West Virginia does not waive personal

jurisdiction and or otherwise waive any of the sovereign immunity protections afforded to the State under the Eleventh Amendment to the United States Constitution.

An affidavit of Anthony J. Majestro in support of admission *pro hac vice* is attached hereto and incorporated by reference. A proposed Order is also submitted herewith for the Court's approval and signature.

Dated: June 1, 2011

Respectfully submitted,

_____
Anthony J. Majestro (WVSB 5165)
Special Assistant Attorney General
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P1200
Charleston, WV 25301
Phone: 304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARTHA VASSALE, et al., ) | |
| ) | CASE NO.: 3:11-cv-0096 |
| Plaintiff, ) | |
| ) | HON. DAVID A. KATZ |
| v. ) | |
| ) | **And Related Cases:** |
| MIDLAND FUNDING LLC, et al., ) | Case No. 3:10-cv-0091 |
| ) | |
| Defendant. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ) | **BY U.S. MAIL & E-MAIL** |

I, Anthony J. Majestro, Special Assistant Attorney General for the State of West Virginia, do hereby certify that I have served the foregoing (1) Motion of the State of West Virginia for Admission *Pro Hac Vice* of Anthony J. Majestro; (2) Affidavit of Anthony J. Majestro in Support of Motion for Admission *Pro Hac Vice*; (3) Proposed Order for Admission *Pro Hac Vice* of Anthony J. Majestro; and (4) Notice of Special Appearance and Notice of on Intent to Appear of the State of West Virginia this 1st day of June, 2011, by depositing the same in the United States mail prepaid first-class postage, and addressed as follows:

Dennis E. Murray, Sr., Esq.
Donna Jean A. Evans, Esq.
Murray & Murray
111 East Shoreline Drive
Sandusky, OH 44870
Phone: 419-624-3000
Fax: 419-624-0707
dms@murrayandmurray.com
dae@murrayandmurray.com
*Counsel for Plaintiffs*

Theodore W. Seitz, Esq.
Dykema Gosset
201 Townsend Street, Ste. 900
Lansing, MI 48933
Phone: 517-374-9100
Fax: 517-374-9191
tseitz@dykema.com
*Counsel for Defendants*

Randall C. Dixon, Esq.
Dixon & Hayes
3361 Executive Parkway, Suite 100
Toledo, OH 43606
Phone: 419-536-3600
Fax: 419-534-5934
randydixon@dixonhayes.com
*Counsel for Intervenor*

Carolyn M. Fast, AAG
Office of the Attorney General – New York
120 Broadway
New York, NY 10271
Phone: 212-416-6250
Fax: 212-416-6003

Adam S. Nightingale, Esq.
Connelly, Jackson & Collier
405 Madison Avenue, Suite 2300
Toledo, OH 43604
Phone: 419-243-2100
Fax: 419-243-7119
anightingale@cjc-law.com
*Counsel for Interested Party*

------

Anthony J. Majestro (WVSB 5165)