Sebrena Tucker
P.O. Box 8013
Hampton, VA 23666

**SENT VIA FIRST CLASS MAIL**

Dennis Murray Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870

Dear Mr. Murray:

This is my request for exclusion from the *Midland Funding, LLC v. Andrea Brent* class action lawsuit that is currently pending in the Northern District of Ohio. If you have any questions, please contact my attorneys below.

Sincerely,

[handwritten: Not signing this. Do Not Know what this is about]

Sebrena Tucker

cc: Consumer Litigation Associates
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314

[handwritten: I called in reference to this and never received a return call. Why I am now being excluded from this case?]