Brett Halliday
203 Glenway Dr.
Amherst, VA 24521

**SENT VIA FIRST CLASS MAIL**
Dennis Murray Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870

Dear Mr. Murray:

[handwritten: Inclusion (BwH) I Want To Be Included]

This is my request for ~~exclusion~~ from the *Midland Funding, LLC v. Andrea Brent* class action lawsuit that is currently pending in the Northern District of Ohio. If you have any questions, please contact my attorneys below.

Sincerely,

B. [signature]

Brett Halliday

[SIGN HERE]

cc: Consumer Litigation Associates
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314