UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

------------------------------------------------------------------ )
)
Martha Vassalle, et al.,    ) Case No. 3:11-cv-0096
)
    Plaintiff,    ) HON. DAVID A. KATZ
)
    -against-    ) **MOTION TO ADMIT**
) **COUNCIL PRO HAC**
) **VICE**
Midland Credit Management, Inc., et. al.,    )
)
    Defendants.    )
)
------------------------------------------------------------------ )

PURSUANT TO RULE 83.5 of the Local Rules of the United States District Court for the Northern District of Ohio, and upon the enclosed proof of good standing and payment of the enclosed $100.00 pro hac vice admission fee, I, Tashi T. lhewa, a member in good standing of the bar of the United States District Court for the Southern District of New York, hereby move for an Order allowing my admission pro hac vice to this Court and participation in the above-captioned action. I affirm that I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Dated: New York, New York
       June 1, 2011

                                              Respectfully submitted,

                                              _____
                                              Tashi T. Lhewa,
                                              Of Counsel to
                                              Steve Banks, Esq.
                                              THE LEGAL AID SOCIETY OF NEW YORK

120-46 Queens Blvd.
Kew Gardens, New York 11415
Tel: (718) 286-2474
ttlhewa@legal-aid.org