**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO, WESTERN DIVISION**

------------------------------------------------------------------- )
)
Martha Vassalle, et al., ) Case No. 3:11-cv-0096
)
Plaintiff, ) HON. DAVID A. KATZ
)
-against- ) **MOTION TO ADMIT**
) **COUNSEL PRO HAC**
) **VICE**
Midland Credit Management, Inc., et. al., )
)
Defendants. )
)
------------------------------------------------------------------- )

FILED
2011 JUN -6 PM 3:39
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

PURSUANT TO RULE 83.5 of the Local Rules of the United States District Court for the Northern District of Ohio, and upon the enclosed proof of good standing and payment of the enclosed $100.00 pro hac vice admission fee, I, Carolyn E. Coffey, a member in good standing of the bar of the United States District Court for the Southern District of New York, hereby move for an Order allowing my admission pro hac vice to this Court and participation in the above-captioned action. I affirm that I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Dated: New York, New York
June 1, 2011

Respectfully submitted,

_____
Carolyn E. Coffey CC6741
Of Counsel to
Christopher D. Lamb, Esq.
MFY LEGAL SERVICES, INC.

1

299 Broadway, 4th Floor
New York, New York 10007
Tel: (212) 417-3701
Fax: (212) 417-3890
ccoffey@mfy.org

Case: 3:11-cv-00096-JZ Doc #: 41 Filed: 06/06/11 2 of 2. PageID #: 480