UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

---

MARTHA VASSALLE, et. al.,

    Plaintiffs,

    -against-

MIDLAND CREDIT MANAGEMENT, INC., et. al.,

    Defendants.

---

Case No.: 3:11-cv-0096

HON. DAVID A. KATZ

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to N.D. Ohio Civ. R. 83.5(h), **Karuna B. Patel**, applicant herein, moves this Court to grant admission to the United States District Court for the Northern District of Ohio *pro hac vice* to file a brief *amicus curiae* in opposition to the proposed Class Settlement Agreement in the above-caption action.

Since February 15, 2006, Applicant has been a member in good standing with the Bar of the State of New York. Applicant's New York State bar license registration number is 4359527. Applicant has also been admitted to practice with the Bar of the District of Columbia, and has been a member in good standing since April 11, 2011. Applicant's District of Columbia bar license registration number is 1000370.

This Motion is accompanied by the required $100.00 fee.

Applicant understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion.

Applicant's relevant indentifying information is as follows:

Karuna B. Patel
Center for Responsible Lending
910 17th Street, NW, Suite 500
Washington, DC 20006-2610
Tel: 202-349-1884
Fax: 202-289-9009
Email: karuna.patel@responsiblelending.org


Dated: Washington, DC
       June 7, 2011

                            Respectfully submitted,

                            Karuna B. Patel

                            By: _____