**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO, WESTERN DIVISION**

---------------------------------------------------------------------- )
                                                    )

MARTHA VASSALLE, et. al.,                )       Case No.: 3:11-cv-0096

                                                    )

            Plaintiffs,                  )       HON. DAVID A. KATZ

                                                    )

            -against-                   )

                                                    )

MIDLAND CREDIT MANAGEMENT, INC., et. al.,   )

                                                    )

            Defendants.               )

                                                    )

---------------------------------------------------------------------- )

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

The undersigned affiant, **Karuna B. Patel**, being first duly sworn, hereby deposes and says:

1.      I am presently a member in good standing with the Bar of the State of New York and the Bar of the District of Columbia.

2.      I have never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

3.      I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States.

4.      I have never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Dated: Washington, DC
       June 7, 2011

                                   Respectfully submitted,

                                   Karuna B. Patel

District of Columbia. ss

Subscribed and sworn to before me, in my presence,
this 7th day of June 2011.

                      Notary Public, D.C.
My commission expires December 14, 2014