IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARTHA VASSALLE, et al.,

                Plaintiff,                Case No. 3:11 CV 96

-vs-

                                          O R D E R

MIDLAND FUNDING, LLC, et al.,

                Defendant.

KATZ, J.

      This matter is before the Court on Objectors' Joint Motion to Set Briefing Schedule (Doc. 47); West Virginia's joinder in that motion (Doc. 48); and Class Counsel's Response to Objectors' Joint Motion (Doc. 49).

      The Court grants the motion of Objectors in part.  Midland and Class Counsel will have until July 5, 2011 at 12:00 PM Eastern Standard Time to file their Motion and Memorandum as to Final Approval and Attorneys' Fees, as well as any responses to the Objectors.  Responses to same will be due by July 8, 2011.

      In its joinder, West Virginia seeks to have this Court order that the Settling Parties indicate in their Motion for Final Approval whether they will seek an anti-suit injunction to bar government claims.  The Court finds that this request is premature.  West Virginia will be afforded ample opportunity to seek clarification of any confusion in the Settling Parties' motions or this Court's orders, should such confusion arise.

      IT IS SO ORDERED.

                                                        S/ *David A. Katz*
                                                         DAVID A. KATZ
                                                         U. S. DISTRICT JUDGE