IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARTHA VASSALLE, et al.,

        Plaintiff,        Case No. 3:11CV 96

-vs-

                             O R D E R

MIDLAND FUNDING, LLC, et al.,

        Defendant.

KATZ, J.

Before the Court is the motion to intervene filed by class member Elaine Pelzer (Doc. No. 20). The Court has reviewed her motion and the multiple oppositions filed with respect thereto.

The memorandum filed on behalf of Midland entities clearly sets forth the justification for denying the motion, both as a matter of right and pursuant to the exercise of this Court's discretion. ( *See Stupak-Thrall v. Glickman,* 226 F.3rd 467, 471 (6th Cir. 2000)). Movant fails to meet the elements required by this Circuit to mandate such intervention. Additionally, the Court will not at this late date (less than three (3) weeks prior to the fairness hearing) permit her to intervene to the extent requested.

However, in the interest of fairness, the Court will permit such intervention for the sole purpose of presenting her objections to the proposed settlement, and for no other purpose.

IT IS SO ORDERED.

                                                  S/ *David A. Katz*
                                                  DAVID A. KATZ
                                                  U. S. DISTRICT JUDGE