April 25, 2011

Callie Johnson

208 Goundry St. Apt. 5

N. Tonawanda, NY 14120

Rhonda Rice

111 East Shoreline Drive

Sandusky, OH 44870-2517

To whom it may concern:

With regard to Midland Funding, LLC v. Andrea Brent v. Midland Credit Management, Inc. Case No. 3:08-cv-01434, Case No. 3:11-cv-0096; Case No. 3:10-cv-0091 (N.D. Ohio) I Callie Johnson object and do not wish to be included in the class lawsuit! My collection debt was paid with Midland Credit Management and I had no inordinate issues. My phone #716-352-1147, however, I don't wish do be contacted any further regarding this case.

Sincerely,

*[signature]*

Callie Johnson



Ms. Callie Johnson
208 Coundry St # 5
North Tonawanda, NY 14120



BUFFALO NY 142
25 APR 2011 PM 2 T

4487032517

Rhonda Rice
111 East Shoreline Drive
Sandusky, OH 44870-2517