| | |
|---|---|
| Midland Funding, LLC, | ) |
| | ) Case No. 3:08-cv-01434; |
| | ) |
| vs. | ) Related Cases 3:11-cv-0096; |
| | ) 3:10-cv-0091 |
| Andrea Brent | ) |
| | ) |
| vs. | ) |
| | ) |
| Midland Credit Management, Inc. | |

### Notice of Objection to Defendant's Settlement Offer

I, Cherleda Toutoute(Plaintiff), object to Midland Funding's(Defendant) Settlement Offer. I file this Notice of Objection, and as grounds therefore states as follows:

1. Defendants violated the law by filing false affidavits that contained false information as to the personal knowledge of affiants.
2. Defendants have been after Plaintiff for the past 11 years for a service that was never rendered. Plaintiff has been threatened and harassed on numerous occasions.
3. Defendants need to be held responsible for their actions and therefore I, Plaintiff, do not agree with the settlement offer of $10.00.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an order to determine the appropriate and adequate amount of compensation for the Plaintiffs.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Objection was mailed with this Court and mailed to Murray & Murray on this 29th day of April, 2011.

Judge David A. Katz  
1716 Spielbusch  
Room #307  
Toledo, Ohio 43624-1363

Rhonda Rice, Esq.  
Murray & Murray  
111 East Shoreline Drive  
Sandusky, Ohio 44870-2517

Cherleda Toutoute(Plaintiff)  
2242 NW 75th Street  
Miami, Florida 33147  
305-835-8332, 786-586-8135  
cherleda_toutoute@doah.state.fl.us

Cherleda Toutoute
2242 NW 75th Street
Miami, Florida 33147

Murray & Murray
ATTN: Rhonda Rice, Esquire
111 East Shoreline Drive
Sandusky, Ohio, 44870-2517



Hasler

012H16207404
$00.44⁰
Mailed From 33156
US POSTAGE