16 APRIL 2011

TO: JUDGE DAVID A. KATZ

FROM: DENNIS R. POTTER

SUBJECT: ATTORNEY FEES/OBJECTION

REFERENCE: BRENT V MIDLAND (3:08-CV-01434)
CLASS ACTION
→ (FAIRNESS HEARING)
MCM10042717 - CLAIM ID

SIR —

I FEEL THAT THE AMOUNT THE ATTORNEY GETS FOR THEIR FEES ARE <u>OUT-OF-LINE</u> FOR THIS CLASS ACTION SUIT.

— $1.5 MILLION COMPARED TO $8K/$10.00 PER CLASS MEMBER —

THIS DOES <u>NOT</u> SOUND "FAIR" TO ME.

THANK YOU FOR YOUR CONSIDERATION —

Dennis R. Potter

CC: MURRAY & MURRAY
ATTN: RHONDA RICE

Dennis Potter
29 W. 300 S.
Logan, UT 84321-5245



MURRAY & MURRAY
ATTN: RHONDA RICE
111 EAST SHORELINE DRIVE
SANDUSKY, OH
44870-2517

