In the US District Court for Northern District of Ohio Western Division

Midland Credit Management, Inc
Midland Funding LLC
Defendants

Contract ion, Civil

Dianna Harris
Plaintiff

CASE NO.
3:08-cv-01434

## OBJECTION

I Dianna Harris do object to the unfairness of this settlement. Because the Defendants Midland Funding & Credit Management, could & should pay me MORE. They want to allow the attorney $115. I think I should get that much & more after all I been through with them. From the beginning I wasn't well, been in car wreck, in & out shock, triple whiplash neck, one thing after the other, and on a fix income, I didn't need anymore add stress my blood pressure to high, under doctor care, BP goes up when I get upset, and depression also, set back anxiety, nerves, I was serve with the Sheriff with a summons to go to court on a worte of debt, of old, and this was an unsecured debt. I had to be my own attorney and stressful as that is, I got through my nerves even worse.

Now the fact that the court says that the defendants had Afidavits of lies which is liable and unfair practices really upset me even more, and the defendants don't think that they did any harm, but lies can harm and hurt too. my name, credit & reputation as well. This was also put on public record that I was been sued. and several attorneys had motion this to me that I was been sued. That this was on public records. Unfair on a write off debt. That is why I think this settlement is unfair. I think They the Defendants could & should pay me more. Just like the way they allow him $115. I think I should receive that $1.5 & more for each and every ailment underline I hope & pray do right things that they upset me an my condition more.

Respectfully,
Dianna Harris