April 16 2011

To Murray & Murray      Attn Rhonda Rice
Re Midland Funding LLC v Andrea Brent v
     Midland Credit Management Inc
       Case No 3:08-cv-01434    Case No 3:11-cv-0096
       Case No 3:10-cv-0091 (N.D. Ohio)
From: Donnalee M Santana
       172 Allen St A6
       New Britain CT 06053
       Phone # 860 225 6433
       Claim ID # MCM 111 59834

In regards to the above law suit: My objections, reasons not to pay to the defendants - Midland are these listed. Defendants obviously violated the FDCPA laws and practices any way they thought they could for their benefit making themselves above the law. A ($10.00) Ten-Dollar sanction eases their own pockets and releases their concience. A green light to harm anyone. An unwarranted insult to the rest of us. Wheres their responsibility? There would be a great injustice to the people in the amount of ($10.00) Ten Dollars!
        Sincerly
            Donnalee M. Santana

cc  Sent a letter
    to the court

From:
JM Santana
172 Allen St R6
New Britian CT 06053

To:
Murray & Murray
111 East Shoretine Drive
Sandusky OH 44840-2511

ATTN Please Rhonda Rice