

*James Balestire*
83 Burton Avenue
Staten Island, New York 10309
718-356-1782

April 26, 2011

Honorable David A. Katz
1716 Spielbusch, Room 307
Toledo, OH 43624-1363

*Midland Funding, LLC v. Andrea Brent v. Midland Credit Management, Inc.*
Case No. 3:08-cv-01434; Case No. 3:11-cv-0096; Case No. 3:10-cv-0091

Dear Judge Katz,

*I do not feel this is a fair and equitable settlement, I do not know what the final dollar amount will be, but I still think it's a very lopsided one. The Attorney's in this lawsuit Murray & Murray will be receiving a fee of 1.5 Million, and I'm sure they've earned it, and the class representatives will receive $8,000.00, while the rest of us will receive a mere $10.00, hardly worth the price of a stamp when you consider thanks to Midland Funding and their deceitful, underhanded, unscrupulous debt collecting practices, I am out hundreds of dollars that I was forced to pay.*

*Midland funding purchased a debt I owed that was well past the statute of limitations, they committed fraud, and perjury to obtain a judgment against me to get me into court, and violated the law and all kinds of fair debt collecting laws. The judge in this case refused to hear anything I had to say or to see my proof that Midland funding committed perjury, I informed him that I was disable and was receiving Social Security Disability and could not afford to pay any portion of the debt, the judge granted Midland a judgment and forced me to sign a payment agreement, and was forced to pay several hundreds of dollars that Midland was never*

*entitled to. Personally I think you should crucify Midland funding, I think you should bankrupt them, put them out of business.*

*Sincerely,*

*James Balestire*

*Cc: Murray & Murray*

Ballestre
83 Burton Ave.
Staten Island, N.Y. 10309

Murray & Murray
Attn: Rhonda Rice
111 East Shoreline Drive
Sandusky, OH 44870-2517