IN THE UNITED STATES OF DISTRICT COURT

FOR THE NOIRTHERN DRISTICT OF OHIO WESTERN DIVISION

Encore Capital Group Inc.

Midland Credit Management, Inc.,

Midland Funding, LLC            3:08-cv-01434 and related cases:

Defendants et al                    3:11-cv-0096 and 3:10-cv-0091

Vs

Hope Franklin, & Thomas Hyder,

Martha Vassalle & Andrea Brent

Plaintiffs, et al

## OBJECTION

Comes Now, Janice Marie Montgomery, Pro Se, declares Midland Credit Management, Inc., et al, defendant violated the "Due on Sale" Clause, 7th and 14th amendment of the U.S. constitution.

The $10 per class member fee will not satisfy my loss pertaining to said property at: 2607 N. Shartel Avenue, Oklahoma City, OK 73103.

Therefore, I ask the court for additional funds to remedy the damages imposed.

Humbly Submitted,

*[signature]*

Janice Montgomery

(918) 805-4610

Mailing Address:    706 N. Prairie Ave.
                         Okmulgee, OK 74447

Property of Loss:    BK#:10-10767
                         2607 N. Shartel Avenue
                         Oklahoma City, OK 73103
                         Lis pending

Certificate of Mail: \*\*
1. Claim Form-excluding self from class

2. Judge David A. Katz
1716 Spielbusch
Room 307
Toledo, OH 43624-1363

3. Murry & Murry
Attn: Rhonda Rice
111 E. Shoreline Drive
Sandusky, OH 44870-2517

4. Brent v Midland Class Action Administration, Inc
P.O. Box 6848
Broomfield, CO 80021