May 26, 2011
JOSEPH H. VICKS, JR.
3028 W. 29TH ST. #3C
BROOKLYN, N.Y. 11224
(718) 946-3273

Judge David A. Katz
1716 Spielbusch Room 307
Toledo, OH 43624-1363

Dear Judge,

I object to the settlement. I believe that since I am named in the class action lawsuit, and I am a class member, I should recieve $2,000. Thank you in advance. Midland Funding, LLC v Andrea Brent v. Midland Credit Management, Inc. Case No. 3:08-cv-01434; Case No. 3:11-cv-0096; Case No. 3:10-cv-0091 (N.D. Ohio).

Sincerely yours,
Joseph H. Vicks, Jr.