# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| MARTHA VASSALLE, <br> 1426 Lindsley Street <br> Sandusky, Ohio 44870 <br><br> and <br><br> JEROME JOHNSON <br> 1601 North Larchmont Drive <br> Sandusky, Ohio 44870 <br><br> Plaintiffs, <br><br> vs. <br><br> MIDLAND FUNDING, LLC <br> 8875 Aero Drive <br> San Diego, California 92123 <br><br> and <br><br> MIDLAND CREDIT MANAGEMENT, INC. <br> 8875 Aero Drive <br> San Diego, California 92123 <br><br> and <br><br> ENCORE CAPITAL GROUP, INC. <br> 8875 Aero Drive <br> San Diego, California 92123 <br><br> Defendants | Case No. 3:11-cv-0096, N.D. Ohio <br><br> HON. DAVID A. KATZ <br><br> **And Related Cases:** <br> Case No. 3:08-cv-01434, N.D. Ohio <br> Case No. 3:10-cv-0091, N.D. Ohio <br><br> **MOTION TO ADMIT GARY P. GORDON *PRO HAC VICE*** <br><br> HON. DAVID A. KATZ |

Theodore W. Seitz, counsel of record for Defendants, Midland Funding, LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc., respectfully moves this Court for admission *pro hac vice* of Gary P. Gordon.

1

Gary P. Gordon was admitted to the Michigan State Bar in 1976, and remains in good standing. His Michigan bar number is P26290. Mr. Gordon is an attorney with Dykema Gossett PLLC, 201 Townsend Street, Suite 900, Lansing, MI 48933, (517) 374-9133 (telephone), (517) 374-9191 (facsimile), ggordon@dykema.com (email).

A copy of the Affidavit of Mr. Gordon is attached hereto as Exhibit A.

WHEREFORE, the undersigned respectfully asks the Court to admit Gary P. Gordon *pro hac vice* for purposes of representing Midland Funding, LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc. in the above-captioned lawsuit.

By: s/Theodore W. Seitz
Theodore W. Seitz
Dykema Gossett PLLC
Counsel for Midland Funding, LLC and
Midland Credit Management, Inc.
Capitol View
201 Townsend Street, Suite 900
Lansing, MI 48933
Tele: (517) 374-9149
tseitz@dykema.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been electronically filed with the Court on this 30th day of June, 2011. Notice of the filing will be sent to the parties by the operation of the court's electronic filing system. The parties may access this filing through the Court's system.

By: s/Theodore W. Seitz
Theodore W. Seitz