IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARTHA VASSALLE,

and                                                                 Case No. 3:11-cv-00096

JEROME JOHNSON                                       Honorable David M. Katz

       Plaintiffs,
-vs-

                                        **And Related Cases:**
                                        Case No. 3:08-cv-01434
                                        Case No. 3:10-cv-00091

MIDLAND FUNDING, LLC,

and

MIDLAND CREDIT MANAGEMENT, INC.,

and

ENCORE CAPITAL GROUP, INC.

       Defendants.

## MOTION TO ADMIT AMY M. GALLEGOS *PRO HAC VICE*

      Theodore W. Seitz, counsel of record for Defendants Midland Funding, LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc., respectfully moves this Court for admission *pro hac vice* of Amy M. Gallegos.

      Amy M. Gallegos was admitted to the California State Bar in 2000 and remains in good standing (Affidavit attached as Exhibit A).  Her California bar number is 211379.  Ms. Gallegos is an attorney with Hogan Lovells US LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067, (310) 785-4600 (telephone), (310) 785-4753 (direct), (310) 785-4601 (facsimile); amy.gallegos@hoganlovells.com (e-mail).

WHEREFORE, the undersigned respectfully requests that this Court admit Amy M. Gallegos *pro hac vice* for the purposes of representing Defendants Midland Funding, LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc. in the above-captioned lawsuit.

Date: July 1, 2011                    Respectfully Submitted:

/s/Theodore W. Seitz
Theodore W. Seitz
Dykema Gossett PLLC
Counsel for Midland Funding, LLC, Midland
Credit Management, Inc., and Encore Capital
Group
Capitol View
201 Townsend Street, Suite 900
Lansing, MI 48933
Tele: (517) 374-9149
tseitz@dykema.com

**Certification**

This is to certify that this document has been electronically filed with the Court on July 1, 2011. Notice of filing will be sent to the parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/Theodore W. Seitz
Theodore W. Seitz
Dykema Gossett PLLC
Counsel for Midland Funding, LLC, Midland
Credit Management, Inc., and Encore Capital
Group

\\\LA - 036745/000010 - 487767 v1