# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **MARTHA VASSALLE, et al.** | Case No. 3:11-cv-0096 |
| Plaintiffs, | |
| vs. | Judge David A. Katz |
| | **And Related Cases:** |
| **MIDLAND FUNDING LLC, et al.** | Case No. 3:08-CV-1434, N.D. Ohio |
| Defendants. | Case No. 3:10-cv-0091, N.D. Ohio |

## JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The Plaintiffs and defendants respectfully move for leave to exceed the page limit, not to exceed 35 pages, with respect to their Joint Motion for Order Granting Approval of Class Action Settlement and Memorandum in Support. Plaintiffs and Defendants request leave because of the present complexity of the case.

Respectfully submitted,

*/s/Dennis E. Murray, Sr.*
Dennis E. Murray, Sr., Esq. (0008783)
dms@murrayandmurray.com
Donna J. Evans, Esq. (0072306)
dae@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky OH  44870
Telephone:     (419) 624-3000
Facsimile:     (419) 624-0707
Attorneys for Plaintiff

         */s/ Theodore W. Seitz  (w/permission)*
         Theodore W. Seitz
         Dykema Gossett PLLC
         Capitol View
         201 Townsend Street, Suite 900
         Lansing, MI 48933
         Tele: (517) 374-9149
         tseitz@dykema.com
         Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

This is to certify that on July 1, 2011 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system and a copy has been forwarded to the following by electronic mail:

David M. Cullen
Office of the Attorney General
State of Minnesota
david.cullen@state.mn.us
Ste. 1200
445 Minnesota Street
St. Paul, MN 55101

Daniel E. Birkhaeuser
Bramson, Plutzik, Mahler & Birkhaeuser
dbirkhaeuser@bramsonplutzik.com
Ste. 120
2125 Oak Grove Roas
Walnut Creek, CA  94598

Charles Delbaum
Stuart Rossman
The National Consumer Law Center
cdelbaum@nclc.org
7 Winthrop Square, 4th Fl.
Boston, MA 02110

Ian D. Chowdhury
Law Offices of Ian Chowdhury
ian@ianchowdhury.com
8853 Fullbright Avenue
Winnetka, CA 91306

Michael D. Kinkley
Scott M. Kinkley
Law Office of Michael D. Kinkley
mkinkley@qwestoffice.net
Ste. 914
4407 North Division Street
Spokane, WA 99207

A copy of the forgoing has also been forwarded by ordinary mail to the following:

Anamaria Segura
Carolyn E. Coffey
MYF Legal Services
4th Floor
299 Broadway
New York, NY  10007

Karuna B. Patel
Center for Responsible Lending
Ste. 500
910 17th Street, NW
Washington, DC  20006

Tashi T. Lhewa
Legal Aid Society of New York
120-46 Queens Blvd.
Kews Garden, NY  11415

on this 1st day of July, 2011.

                                        */s/Dennis E. Murray, Sr.*
                                        Dennis E. Murray, Sr., Esq. (0008783)
                                        Donna J. Evans, Esq. (0072306)

                                        Attorneys for Plaintiffs