# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MARTHA VASSALLE,<br>1426 Lindsley Street<br>Sandusky, Ohio 44870<br><br>and<br><br>JEROME JOHNSON<br>1601 North Larchmont Drive<br>Sandusky, Ohio 44870<br><br>      Plaintiffs,<br><br>vs.<br><br>MIDLAND FUNDING, LLC<br>8875 Aero Drive<br>San Diego, California 92123<br><br>and<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br>8875 Aero Drive<br>San Diego, California 92123<br><br>and<br><br>ENCORE CAPITAL GROUP, INC.<br>8875 Aero Drive<br>San Diego, California 92123<br><br>      Defendants | Case No. 3:11-cv-0096, N.D. Ohio<br><br>HON. DAVID A. KATZ<br><br>**And Related Cases:**<br>Case No. 3:08-cv-01434, N.D. Ohio<br>Case No. 3:10-cv-0091, N.D. Ohio |

## NOTIFICATION OF DEFENDANTS' 28 U.S.C. §1715(b) COMPLIANCE

    Defendants, MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC. and ENCORE CAPITAL GROUP, INC., by counsel, hereby tender notice that defense counsel notified the appropriate Federal and State authorities of the proposed class action settlement

agreement in the above-referenced matters, via United States Mail dated March 19, 2011 and April 12, 2011, pursuant to the terms of the class settlement agreement, the Court's Preliminary Approval Order(s), and 28 U.S.C. §1715(b). Copies of the March 19, 2011 and April 12, 2011 letters are attached hereto as Group Exhibit A.

Dated: July 1, 2011                    Respectfully Submitted:


                                              */s/ Theodore W. Seitz*
                                              Theodore W. Seitz
                                              Dykema Gossett PLLC
                                              Counsel for Midland Funding, LLC and Midland Credit Management, Inc.
                                              Capitol View
                                              201 Townsend Street, Suite 900
                                              Lansing, MI 48933
                                              Tele: (517) 374-9149
                                              tseitz@dykema.com


## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record. I hereby certify that I have mailed by United States Postal Service the same to any non-ECF participants.

                                              */s/ Theodore W. Seitz*
                                              Theodore W. Seitz