# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **MARTHA VASSALLE, et al.**<br><br>Plaintiffs,<br><br>vs.<br><br>**MIDLAND FUNDING LLC, et al.**<br><br>Defendants. | Case No. 3:11-cv-0096<br><br>Judge David A. Katz<br><br>**And Related Cases:**<br><br>Case No. 3:08-CV-1434, N.D. Ohio<br>Case No. 3:10-cv-0091, N.D. Ohio |

## [PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

This matter came before the Court on July 11, 2011, upon the application of Class Counsel for an award of attorneys fees and reimbursement of unpaid expenses incurred in this litigation. The Court, having considered all filing and proceedings conducted herein, and otherwise being fully informed and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion;

2. The Court hereby awards attorneys' fees in the amount of one million, five hundred thousand dollars ($1,500,000) and reimbursement of unpaid expenses in the amount of nine thousand dollars ($9,000), as agreed to and defined in the Settlement Agreement dated March 7, 2011. The Court finds the amount of fees and expenses is fair and reasonable.

3. The awarded attorneys' fees and expenses shall be paid to Class Counsel from the settlement proceeds, subject to the terms, conditions and obligations of the Settlement Agreement.

4. Counsel shall be entitled to receive accrued interest attributable to the awarded fees and reimbursement of expenses, until such time as the awards are paid.

_____  _____
Date                              Judge David A. Katz