# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **MARTHA VASSALLE, et al.** | Case No. 3:11-cv-0096 |
| Plaintiffs, | |
| | Judge David A. Katz |
| vs. | |
| | **And Related Cases:** |
| **MIDLAND FUNDING LLC, et al.** | Case No. 3:08-CV-1434, N.D. Ohio |
| | Case No. 3:10-cv-0091, N.D. Ohio |
| Defendants. | |

## MOTION FOR LEAVE TO FILE PROPOSED ALLOCATION OF FUNDS

Class Counsel hereby respectfully moves for leave to file with the Court, for the Court's consideration, a proposal for the allocation of those funds that will remain in the Settlement Fund, all of which are held for the benefit of the Class.

Prior to the Court's Preliminary Approval of Settlement Agreement, Class Counsel, along with Counsel for the Defendants, discussed with the Court that in the event that there would remain *more than* a sufficient amount to pay $10.00 per Claimant, a reallocation among the Class could become necessary, rather than cy pres, if the amount was greater than nominal. Class Counsel represented to the Court that Class Counsel would move the Court for permission to reallocate a larger amount per Claimant, in order that cy pres distribution would be minimal, in light of the overarching recognition that any remaining funds *are for the benefit of the Class.*

Accordingly, Class Counsel now moves for authority to reallocate the remaining funds in accordance with Attachment A, for a payment presently calculated to be $17.38 per Eligible Class Member. Any remaining funds would still be distributed cy pres in accordance with the Settlement Agreement.

Respectfully submitted,

*/s/Dennis E. Murray, Sr.*
Dennis E. Murray, Sr., Esq. (0008783)
dms@murrayandmurray.com
Donna J. Evans, Esq. (0072306)
dae@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky OH  44870
Telephone:    (419) 624-3000
Facsimile:    (419) 624-0707

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing will be filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system and a copy will be forwarded to the following by electronic mail:

David M. Cullen
Office of the Attorney General
State of Minnesota
david.cullen@state.mn.us
Ste. 1200
445 Minnesota Street
St. Paul, MN 55101

Daniel E. Birkhaeuser
Bramson, Plutzik, Mahler & Birkhaeuser
dbirkhaeuser@bramsonplutzik.com
Ste. 120
2125 Oak Grove Roas
Walnut Creek, CA  94598

Charles Delbaum
Stuart Rossman
The National Consumer Law Center
cdelbaum@nclc.org
7 Winthrop Square, 4th Fl.
Boston, MA 02110

Ian D. Chowdhury
Law Offices of Ian Chowdhury
ian@ianchowdhury.com
8853 Fullbright Avenue
Winnetka, CA 91306

Michael D. Kinkley
Scott M. Kinkley
Law Office of Michael D. Kinkley
mkinkley@qwestoffice.net
Ste. 914
4407 North Division Street
Spokane, WA 99207

A copy of the foregoing will also be forwarded by ordinary mail to the following:

Anamaria Segura
Carolyn E. Coffey
MYF Legal Services
4th Floor
299 Broadway
New York, NY 10007

Karuna B. Patel
Center for Responsible Lending
Ste. 500
910 17th Street, NW
Washington, DC 20006

Tashi T. Lhewa
Legal Aid Society of New York
120-46 Queens Blvd.
Kews Garden, NY 11415

on this 12th day of July, 2011.

*/s/Dennis E. Murray, Sr.*
Dennis E. Murray, Sr., Esq. (0008783)
Donna J. Evans, Esq. (0072306)
Attorneys for Plaintiffs

## ATTACHMENT A

### Distribution of the Settlement Fund

In consideration for the dismissal with prejudice of the Actions, and the releases set forth in § V.D. of the Settlement Agreement, Defendants will pay a total $5.2 million into an interest bearing fund. This "Settlement Fund" is to be used, after payment for fees and expenses, to make payments to class members who timely return a claim form and are determined to be eligible by the claims administrator, the "Eligible Class Members". Assuming approval of the requested attorney fees, expenses and named plaintiffs' compensation, there will remain approximately $2,433,000 for distribution to Eligible Class Members. The affidavit of Class Action Administration, Inc. has established that there are 139,941 such Eligible Class Members. Dividing the $2,433,000 by 139,941 would amount to $17.38 per Claimant.