IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARTHA VASSALLE, et al.,

                Plaintiff,                Case No. 3:11 CV 96

-vs-

                                            A F F I D A V I T

MIDLAND FUNDING, LLC., et al.,

                Defendant.

Richard B. McQuade, being first duly sworn, deposes and says that there is no ground for disqualification under 28 U.S.C. § 455 that prevents the affiant from acting as a Special Master in this proceedings.

_____
Richard B. McQuade

Sworn to before me and signed in my presence this 14th day of September, 2001.

_____
Notary Public

MARY C. GARCIA-FEEHAN
Notary Public-State of Ohio
My commission has no expiration date.
Section 147.03 R.C.