IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARTHA VASSALLE, et al.,

        Plaintiff,        Case No. 3:11 CV 96

-vs-

                              O R D E R

MIDLAND FUNDING LLC, et al.,

        Defendant.

KATZ, J.

In furtherance of the Order appointing a Special Master dated October 6, 2011 and particularly paragraph 5 thereof, it is ORDERED that

1. Defendant shall forthwith file a motion to Approve Defendants' Affidavit Procedures;

2. Within thirty (30) days thereafter Defendants shall advise the Special Master of the forms of the affidavits to be employed by Defendants and the legal authority therefore; Plaintiff shall have fourteen (14) days to respond and Defendants seven(7) days to reply. Thereafter, the Special Master shall make findings as to the sufficiency of the forms of the affidavits;

3. A hearing on the motion to approve Defendants' affidavit procedures is set for April 17, 2012 at 9:00 a.m., Courtroom 224, U. S. Courthouse, 1716 Spielbusch Ave., Toledo, Ohio 43604.

                                              S/ *David A. Katz*
                                              DAVID A. KATZ
                                              U. S. DISTRICT JUDGE