# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MARTHA VASSALLE,<br>1426 Lindsley Street<br>Sandusky, Ohio 44870<br><br>and<br><br>JEROME JOHNSON<br>1601 North Larchmont Drive<br>Sandusky, Ohio 44870<br><br>      Plaintiffs,<br><br>vs.<br><br>MIDLAND FUNDING, LLC<br>8875 Aero Drive<br>San Diego, California 92123<br><br>and<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br>8875 Aero Drive<br>San Diego, California 92123<br><br>and<br><br>ENCORE CAPITAL GROUP, INC.<br>8875 Aero Drive<br>San Diego, California 92123<br><br>      Defendants | Case No. 3:11-cv-0096, N.D. Ohio<br><br>HON. DAVID A. KATZ<br><br>**And Related Cases:**<br>Case No. 3:08-cv-1434, N.D. Ohio<br>Case No. 3:10-cv-0091, N.D. Ohio<br>Case No. 3:11-cv-1332, N.D. Ohio<br><br>**DEFENDANTS' MOTION FOR SPECIAL MASTER TO APPROVE DEFENDANTS' AFFIDAVIT PROCEDURES** |

NOW COME, Defendants Midland Funding, LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc. (collectively "Midland") and move for the Special Master to approve their Affidavit Procedures.

1. On August 12, 2011, the Court entered a Memorandum Opinion and Final Judgment (Dkt. 160), which approved the class settlement and made several holdings regarding

enforcement of the injunctive relief, including the desire, consistent with the Settlement Agreement, to appoint the Hon. Richard McQuade, former federal district court judge, as a Special Master to review and approve Midland's Affidavit Procedures.

2. On October 6, 2011, the Court entered an Order appointing the Hon. Richard McQuade as Special Master, pursuant to Fed. R. Civ. P. 53. (Dkt. 173).

3. Thereafter, Midland submitted its Affidavit Procedures to Special Master McQuade for his review and approval.

WHEREFORE pursuant to the above-referenced Orders, as well as this Court's January 19, 2012 Order (Dtk. 174), the Defendants now move for the approval of the Affidavit Procedures by Special Master McQuade.

Date: January 25, 2012

Respectfully Submitted:

*/s/ Theodore W. Seitz*
Theodore W. Seitz
Gary P. Gordon (admitted *Pro Hac Vice*)
Dykema Gossett PLLC
201 Townsend Street, Suite 900
Lansing, MI 48933
Tele:  (517) 374-9149
tseitz@dykema.com

Richard L. Stone (admitted *Pro Hac Vice*)
Amy M. Gallegos(admitted *Pro Hac Vice*)
Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Tel (213) 239-2208
Agallegos@jenner.com
Rstone@jenner.com

*Counsel for Defendants Midland Funding, LLC, Midland Credit Management, Inc. and Encore Capital Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record. I hereby certify that I have mailed by United States Postal Service the same to any non-ECF participants.

*/s/ Theodore W. Seitz*
Theodore W. Seitz (P60320)
Dykema Gossett PLLC
Attorneys for Midland Funding, LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc.
201 Townsend St., Suite 900
Lansing, MI 48933
(517) 374-9100
tseitz@dykema.com

LAN01\247964.1
ID\TWS - 097356/0097