**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| MARTHA VASSALLE,<br>1426 Lindsley Street<br>Sandusky, Ohio 44870<br><br>and<br><br>JEROME JOHNSON<br>1601 North Larchmont Drive<br>Sandusky, Ohio 44870<br><br>   Plaintiffs,<br><br>vs.<br><br>MIDLAND FUNDING, LLC<br>8875 Aero Drive<br>San Diego, California 92123<br><br>and<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br>8875 Aero Drive<br>San Diego, California 92123<br><br>and<br><br>ENCORE CAPITAL GROUP, INC.<br>8875 Aero Drive<br>San Diego, California 92123<br><br>   Defendants | Case No. 3:11-cv-0096, N.D. Ohio<br><br>HON. DAVID A. KATZ<br><br>**And Related Cases:**<br>Case No. 3:08-cv-1434, N.D. Ohio<br>Case No. 3:10-cv-0091, N.D. Ohio<br>Case No. 3:11-cv-1332, N.D. Ohio |

**UNOPPOSED MOTION TO WITHDRAW DEFENDANTS'
MOTION FOR ORDER TO SHOW CAUSE**

  **COME NOW** defendants Encore Capital Group, Inc. ("Encore"), Midland Funding, LLC ("Midland Funding") and Midland Credit Management, Inc. ("MCM") (collectively,

"Defendants"), by and through their undersigned counsel, and hereby respectfully submit this Unopposed Motion to Withdraw Defendants' Motion for Order to Show Cause Why Class Members Should Not Be Enjoined From Proceeding With Parallel Litigation Against Defendants. [*See* Doc. No. 182]. Defendants submit this motion to withdraw based on the parties' resolution of this matter. The issue is now moot. Before submitting this Motion, Defendants' counsel consulted with the class members' counsel, who were unopposed to this Motion.

Date: May 18, 2012

Respectfully Submitted:

*/s/ Theodore W. Seitz*
Theodore W. Seitz
Gary P. Gordon (admitted ***Pro Hac Vice***)
Dykema Gossett PLLC
Capitol View
201 Townsend Street, Suite 900
Lansing, MI 48933
Tele: (517) 374-9149
tseitz@dykema.com

*Counsel for Defendants Midland Funding, LLC, Midland Credit Management, Inc. and Encore Capital Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2012 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record. I hereby certify that I have mailed by United States Postal Service the same to any non-ECF participants, including the following individuals.

Ronald C. Sykstus
Bonds, Botes, Sykstus, Tanner & Ezzell, P.C.
225 Pratt Avenue
Huntsville, Alabama 35801

Penny Hays Cauley
Hays Cauley, P.C.
549 West Evans Street, Suite E
Florence, South Carolina 29501

                                          */s/ Theodore W. Seitz*
                                          Theodore W. Seitz
                                          Gary P. Gordon (admitted ***Pro Hac Vice***)
                                          Dykema Gossett PLLC
                                          Capitol View
                                          201 Townsend Street, Suite 900
                                          Lansing, MI 48933
                                          Tele:  (517) 374-9149
                                          tseitz@dykema.com

LAN01\262756.1
ID\MCWI - 097356/0097