IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARTHA VASSALLE, et al.,

                  Plaintiff,              Case No. 3:11 CV 96

  -vs-

MIDLAND FUNDING LLC, et al.,         APPLICATION FOR PAYMENT
                                                           OF FEES AND EXPENSES OF
                                                           SPECIAL MASTER

                  Defendant.

    In accordance with the Court's Order of October 6, 2011, (Doc. No. 166), this is a submission to approve Special Master Fees. The Special Master submits herewith a detailed itemization in support of his request for approval of his fees and expenses for the period of August 17, 2012 through November 16, 2012.

    The Court has previously ordered that the Special Master fees be paid by Midland at the rate of $300 per hour.

    The undersigned certifies that a true and accurate copy of the foregoing has been served upon the parties via the Court's electronic filing system this 19th Day of November 2012.

    IT IS SO ORDERED.

                                                                              s/ *Richard B. McQuade, Jr.,*
                                                                              Richard B. McQuade, Jr.
                                                                              Special Master