|         |                                                              | HOURS            |
|---------|--------------------------------------------------------------|------------------|
| 8/17/12 | Review of Defendant's proposed Findings of Fact              | 1.0              |
| 8/24/12 | Review Response                                              | 0.5              |
| 8/26/12 | Review draft of Findings of Fact                             | 0.5              |
| 8/27/12 | Review Setig letter & prior Order and telephone conference   | 1.0              |
| 8/28/12 | Review Defendant's Motion                                    | 0.5              |
| 9/6/12  | Review Class Counsels Response                               | 0.5              |
| 9/14/12 | Receipt and review of Reply to Class Members                 | 0.5              |
| 9/19/12 | Review briefs; conference call counsel                       | 2.0              |
| 10/1/12 | Review proposed Order                                        | 1.0              |
| 10/2/12 | Travel, meeting with Clerk                                   | 2.0              |
| 11/2/12 | Review affidavits                                            | 1.0              |
| 11/5/12 | Review affidavits                                            | 1.0              |
| 11/7/12 | Review affidavits                                            | 1.0              |
| 11/9/12 | Review affidavits                                            | 1.0              |
| 11/16/12| Complete Final Order, conference with Clerk                  | <u>2.0</u>       |
|         | TOTAL HOURS                                                  | 15.50            |
|         | at $300.00 per hour                                          | $4,650.00        |