**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| MARTHA VASSALLE,<br>1426 Lindsley Street<br>Sandusky, Ohio 44870<br><br>and<br><br>JEROME JOHNSON<br>1601 North Larchmont Drive<br>Sandusky, Ohio 44870<br><br>       Plaintiffs,<br><br>vs.<br><br>MIDLAND FUNDING, LLC<br>8875 Aero Drive<br>San Diego, California 92123<br><br>and<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br>8875 Aero Drive<br>San Diego, California 92123<br><br>and<br><br>ENCORE CAPITAL GROUP, INC.<br>8875 Aero Drive<br>San Diego, California 92123<br><br>       Defendants | Case No. 3:11-cv-0096, N.D. Ohio<br><br>HON. DAVID A. KATZ<br><br>**And Related Cases:**<br>Case No. 3:08-cv-1434, N.D. Ohio<br>Case No. 3:10-cv-0091, N.D. Ohio<br>Case No. 3:11-cv-1332, N.D. Ohio<br><br>**DEFENDANTS' STATUS REPORT** |

Defendants submit the following Status Report for the Court's consideration:

On May 20, 2013, the Court held a telephonic status conference to discuss the status of the above-referenced matter, including continuing settlement discussions. (ECF #209). Since that conference, Class Counsel, Defendants' Counsel, and those

Objectors/Intervenors' Counsel, who participated in the May 20 status conference (Id.), have discussed settlement issues. This lead to the drafting and circulation of a proposed Memorandum of Understanding (the "MOU"), which Class Counsel and Defendants agreed, addressed those issues remanded back to this Court by the Sixth Circuit for further proceedings, including, but not limited to the following provisions: (1) no incentive payments nor debt forgiveness for the named class representatives; (2) a clarified release; (3) a revised class notice; and (4) an extension (to five years) of the stipulated injunction regarding oversight of Defendants' affidavit language and procedures by a court-appointed Special Master. Objector Clawson's Counsel, Charles Delbaum, has indicated that he does not agree with the clarified release provision in the MOU.

In light of the above and for further discussion at the upcoming status conference, Defendants propose that the parties be allowed additional time to continue settlement negotiations, with the possible assistance of the Court.

Respectfully Submitted:

*/s/ Theodore W. Seitz*
Theodore W. Seitz
Gary P. Gordon (admitted *Pro Hac Vice*)
Dykema Gossett PLLC
Capitol View
201 Townsend Street, Suite 900
Lansing, MI 48933
Tele:  (517) 374-9149
tseitz@dykema.com

Richard L. Stone (admitted *Pro Hac Vice*)
Amy M. Gallegos(admitted *Pro Hac Vice*)
Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Tel (213) 239-2208
Agallegos@jenner.com
Rstone@jenner.com

*Counsel for Defendants Midland Funding, LLC, Midland Credit Management, Inc. and Encore Capital Group, Inc.*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 12, 2013 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record. I hereby certify that I have mailed by United States Postal Service the same to any non-ECF participants.

    */s/ Theodore W. Seitz*
Theodore W. Seitz
Gary P. Gordon (admitted **Pro Hac Vice**)
Dykema Gossett PLLC
Capitol View
201 Townsend Street, Suite 900
Lansing, MI 48933
Tele: (517) 374-9149
tseitz@dykema.com

*Counsel for Defendants Midland Funding, LLC, Midland Credit Management, Inc. and Encore Capital Group, Inc.*

LAN01\314249.2
ID\TWS - 097356\0097