#74660068545 $/20.00

FILED
2014 APR -3 PM 3:22
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| Martha Vassalle and Jerome Johnson, ) | |
| ) | CASE NO.: 3:11-cv-0096 |
| Plaintiffs, ) | |
| ) | HON. DAVID A. KATZ |
| v. ) | |
| ) | **And Related Cases:** |
| Midland Funding LLC, et al., ) | Case No. 3:08-cv-1434, N.D. Ohio |
| ) | Case No. 3:10-cv-0091, N.D. Ohio |
| Defendants. ) | Case No. 3:11-cv-1132, N.D. Ohio |
| ) | |
| ) | MOTION OF THE |
| ) | STATE OF ILLINOIS |
| ) | FOR ADMISSION |
| ) | PRO HAC VICE OF |
| ) | PAUL A. ISAAC |

Now comes the State of Illinois, by and through undersigned counsel, pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, and hereby respectfully moves this Court for the admission, *pro hac vice*, of Paul A. Isaac, Assistant Attorney General for the State of Illinois to appear and participate in this matter as counsel for the State of Illinois. The address for the Office of the Illinois Attorney General is 500 S. Second St., Springfield, Illinois 62706: Telephone (217) 782-4436; Fax: (217) 782-1097: email – pisaac@atg.state.il.us.

The State of Illinois wishes to appear for the sole and limited purpose of submitting an *amicus curiae* brief in this action. The State does not seek to be made a party to the above-captioned case, nor does it intend to confer jurisdiction on the Court or otherwise waive any of the sovereign immunity protections afforded to the State under the Eleventh Amendment to the United States Constitution.

An affidavit of Paul A. Isaac in support of admission *pro hac vice* is attached hereto and incorporated by reference. A proposed Order is also submitted herewith for the Court's approval and signature.

Dated: April 2, 2014

Respectfully submitted,

THE PEOPLE OF THE STATE OF ILLINOIS by,
LISA MADIGAN, ATTORNEY GENERAL OF
ILLINOIS

*Paul Isaac*

Paul A. Isaac #6300087
Assistant Attorney General
Consumer Fraud Bureau
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-4436
Email: pisaac@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Martha Vassalle and Jerome Johnson, | ) | CASE NO.: 3:11-cv-0096 |
| Plaintiffs, | ) ) | HON. DAVID A. KATZ |
| v. | ) ) | **And Related Cases:** |
| Midland Funding LLC, et al., | ) ) | Case No. 3:08-cv-1434, N.D. Ohio |
| | ) | Case No. 3:10-cv-0091, N.D. Ohio |
| Defendants. | ) ) | Case No. 3:11-cv-1132, N.D. Ohio |

## CERTIFICATE OF SERVICE

I hereby certify that on a copy of foregoing **Motion of the State of Illinois for Admission *Pro Hac Vice* of Paul Isaac** was sent by mail to the Office of the Clerk and filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

Dated: April 2, 2014

*Paul Isaac*

_____
Paul A. Isaac