$120.00 4466006 8802

FILED

2014 APR 14 PM 2:00

U.S. DISTRICT COURT
N'RN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Martha Vassalle and Jerome Johnson,

    Plaintiffs,

vs.

Midland Funding LLC, et al.,

    Defendants.

CASE NO.: 3:11-cv-0096

HON. DAVID A. KATZ

**And Related Cases**:
Case No. 3:08-cv-1434, N.D. Ohio
Case No. 3:10-cv-0091, N.D. Ohio
Case No. 3:11-cv-1332, N.D. Ohio

## MOTION FOR ADMISSION PRO HAC VICE

I, Thomas D. Domonoske, request to be admitted pro hac vice in this case, and related cases, Case No. 3:08-cv-1434, N.D. Ohio, Case No. 3:10-cv-0091, N.D. Ohio Case No. 3:11-cv-1332, N.D. Ohio. I request this so that I can represent objectors who seek to be heard at the final fairness hearing currently set for May 15, 2014.

My identifying information is as follows:

    Thomas D. Domonoske
    461 Lee Avenue
    Harrisonburg, VA 22802
    (540) 442-7706
    tomdomonoske@earthlink.net

I have no separate facsimile number.

I am admitted to the following state bars: California, No. 146735 (inactive); North Carolina, No. 18600 (inactive); and Virginia, No. 35434 (active- certificate attached).

I have never been disbarred or suspended from practice or received any reprimand before any court, department, bureau or commission of any State or the United States.

/s/ Thomas D. Domonoske
Thomas D. Domonoske
461 Lee Avenue
Harrisonburg, VA 22802
(540) 442-7706