UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF OHIO

MARTHA VASSALLE

Individually and on behalf of others similarly situated

    Plaintiffs

 -vs-                                      Case No. 3:11-CV-00096-DAK
                                           Hon. David A. Katz
                                           CLASS ACTION COMPLAINT

MIDLAND FUNDING LLC
*et al.*

    Defendants

## NOTICE OF APPEAL TO
## THE SIXTH CIRCUIT COURT OF APPEALS FROM
## THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO

Take notice that Elaine Pelzer, Dianne Frederick, Gular Probst, and Raul Osorio appeal to the Sixth Circuit Court of Appeals from the judgment entered by David A. Katz in the United States District Court Northern District of Ohio on October 14, 2014 (R.282), granting final approval to the class settlement in this case.

                                          Respectfully Submitted,

                                          By:  <u>s/ Ian B. Lyngklip</u>
                                          Ian B. Lyngklip (P-47173)
                                          LYNGKLIP & ASSOCIATES
                                          CONSUMER LAW CENTER, PLC
                                          Attorney For Appellants, Elaine Pelzer, Dianne Frederick, Gular Probst, and Raul Osorio
                                          24500 Northwestern Highway, Ste. 206
                                          Southfield, MI 48075
                                          (248) 208-8864
                                          Ian@MichiganConsumerLaw.Com

Dated: November 12, 2014

## Certificate of Service

I hereby certify that on November 12, 2014, I served this document on all parties having filed an appearance in this matter via the CM/ECF system.

By:  s/ Ian B. Lyngklip
Ian B. Lyngklip (P47173)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Appellants, Elaine Pelzer, Dianne Frederick, Gular Probst, and Raul Osorio
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
Ian@MichiganConsumerLaw.Com

Dated: November 12, 2014