**DYKEMA GOSSETT**
400 Renaissance Center
Detroit, MI 48243

PAYEE: HEIDI GEIZER

VENDOR: 154950    4536223755    CHECK NO: 70181
CHECK DATE: 05/22/14

| REF. # | INVOICE # | INV. DATE | DESCRIPTION | AMT. PAID |
|---|---|---|---|---|
| 557225 | 05222014 | 05/22/14 | TRANSCRIPT OF FAIRNESS HEARNIG | 247.35 |
| | | | TOTAL | $247.35 |

THIS CHECK HAS VARIOUS SECURITY FEATURES INCLUDING COLORED BACKGROUND AND MICROPRINTING

**DYKEMA GOSSETT**
400 Renaissance Center
Detroit, MI 48243

FIRST MERIT BANK
3 CASCADE PLAZA
AKRON, OHIO 44308
56-55/412
GENERAL FUND

CHECK NUMBER: 70181
CHECK DATE: 05/22/14

AMOUNT
$247.35

TWO HUNDRED FORTY-SEVEN AND 35/100 Dollar(s)

PAY TO THE ORDER OF:
HEIDI GEIZER
CARL B. STOKES U.S. COURT HOUSE
801 W. SUPERIOR AVE.
CLEVELAND, OH 44113-1830

*Kelly S. Chadwick*
AUTHORIZED SIGNATURE
VOID AFTER 90 DAYS

⑈70181⑈  ⑆041200555⑆  4536223755⑈


EXHIBIT D

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

INVOICE NO: 20141152

**MAKE CHECKS PAYABLE TO:**

Theodore W. Seitz
Dykema Gossett - Lansing
201 Townsend Street
Ste. 900
Lansing, MI 48933

Phone: (517) 374-9100

Heidi Blueskye Geizer, RMR, CRR
Official Court Reporter
801 West Superior Avenue
7-178 U.S. Court House
Cleveland, OH 44113

Phone: (216) 357-7092
FAX: (216) 357-7037
Tax ID: 26-2136884
Heidi_Geizer@ohnd.uscourts.gov

[X] CRIMINAL  [ ] CIVIL

DATE ORDERED: 05-19-2014
DATE DELIVERED: 05-21-2014

**Case Style:** 11CV0096, Vassalle, Martha v Midland Funding LLC
Transcript of Fairness Hearing before Hon. David A. Katz 5/15/2014.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 51 | 4.85 | 247.35 | | 0.90 | | | 0.60 | | 247.35 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

Misc. Desc.

MISC. CHARGES:
TOTAL: 247.35
LESS DISCOUNT FOR LATE DELIVERY
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:

Date Paid:  Amt:  TOTAL DUE: $247.35

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE  DATE  05-21-2014

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com